FILED
 2010 Oct-28  AM 11:49
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JIMMIE BOZEMAN, JR.** | ) |
| **Petitioner,** | ) |
| v. | ) Case Number: CV 10-S-1795-S |
| **LT. ANTHONY JACKSON and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA,** | ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed findings and recommendation on September 23, 2010, recommending that the petition for writ of habeas corpus be dismissed as frivolous. On October 1, 2010, petitioner's copy of the findings and recommendation was returned by the Postal Service marked "no longer here." Petitioner has not furnished the clerk of court with a forwarding address. Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be, and they hereby are, ADOPTED, and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED as frivolous. A Final Judgment will be entered.

DONE this 27th day of October, 2010.

                                                                                                               */s/ Lynwood Smith*
                                                                  United States District Judge